IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHYLER DRUMM, | ) | |
| | ) | |
| Plaintiff, | ) | 2:24-cv-00438-CB-MPK |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| BEAVER AREA SCHOOL DISTRICT, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Plaintiff has filed an unopposed Motion (Doc. 23) to remand this case to state court. Given Plaintiff's election not to file an amended complaint, there remains no basis for an exercise of federal jurisdiction. The Court agrees with Plaintiff, moreover, that there are no extraordinary circumstances warranting an exercise of supplemental jurisdiction. *See* Robert W. Mauthe, M.D., P.C. v. Optum Inc., 925 F.3d 129, 135 (3d Cir. 2019). Thus, Plaintiff's Motion (**Doc. 23**) is construed as one for the Court to decline to exercise supplemental jurisdiction, and it is **GRANTED**.

In a case removed from state court, there is a presumption in favor of remand when the federal issues are dismissed. Dirauf v. Berger, 57 F.4th 101, 108 (3d Cir. 2022) (collecting cases). Therefore, it is **ORDERED** that this case is **REMANDED FORTHWITH** to the Court of Pleas of Beaver County, Pennsylvania (Civ. No. 11687-2023).

IT IS SO ORDERED.

March 7, 2025                                         s/Cathy Bissoon
                                                              Cathy Bissoon
                                                              United States District Judge

cc (via ECF email notification):

All Counsel of Record